*JACQUELINE M. JAMES, ESQ.*

THE JAMES LAW FIRM
445 HAMILTON AVENUE
SUITE 1102
WHITE PLAINS, NY 10601

T: (914) 358 6423
F: (914) 358 6424
JJAMESLAW@OPTONLINE.NET
JACQUELINEJAMESLAW.COM

August 19, 2015

The Honorable Judge Karas
United States District Court
300 Quarropas Street
Chambers 218
White Plains, New York 10601-4150

**MEMO ENDORSED**

*Re: 7:15-cv-03131-KMK Plaintiff's First Letter Motion for Extension of Time within Which to Effectuate Service on John Doe Defendant*

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve John Doe Defendant with a Summons and Complaint, and states:

1. On May 7, 2015 Plaintiff filed its Motion for Leave to Serve a Third Party [CM/ECF 6].

2. On June 23, 2015, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Time Warner Cable, to obtain the Defendant's identifying information [CM/ECF 12]. Plaintiff issued the subpoena on or about June 23, 2015, and received a response from Defendant's ISP, on August 5, 2015.

3. Plaintiff concluded its investigation and has decided to proceed with its claims against John Doe Defendant in amending its Complaint and naming Defendant. Plaintiff is in the process of amending its Complaint and anticipates filing same with this court today.

4. Pursuant to the Fed. R. Civ. P. Rule 4(m), Plaintiff is required to effectuate service on Defendant no later than August 19, 2015.

5. Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on the John Doe Defendant be extended an additional thirty (30) days, or until September 18, 2015.

6. This extension will allow undersigned sufficient time to investigate to file its amended Complaint with the court and serve the John Doe Defendant.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the John Doe Defendant be extended an additional thirty (30) days, or until September 18, 2015

By: *Jacqueline M. James*

*Attorneys for Plaintiff*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
MALIBU MEDIA, LLC, :
: Case No.7:15-cv-03131-KMK
Plaintiff, :
: Judge Karas
vs. :
:
:
:
JOHN DOE subscriber assigned IP address :
24.164.171.20, :
:
Defendant. :
-----------------------------------------------------------------X

### ORDER ON PLAINTIFF'S FIRST LETTER MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT

THIS CAUSE came before the Court upon Plaintiff's First Letter Motion for Extension of Time Within Which it Has to Serve John Doe Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have at least thirty (30) days, or until September 18, 2015 to effectuate service of a summons and Complaint upon John Doe Defendant.

SO ORDERED this 20 day of August, 2015.

By: _____
UNITED STATES DISTRICT JUDGE

1